MELISSA HOOPER

1100 Club Dr. SW
Cleveland, TN 37311
Phone (423) 790-7114
Melissahooper23@yahoo.com

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
RECEIVED

OCT 27 2010

JED G. WEINTRAUB
CLERK OF COURT
WESTERN DISTRICT OF TENN

October 23, 2010

US Bankruptcy Court
200 Jefferson Ave.
Suite 410
Memphis, TN 38103

To Whom It May Concern,

My name is Melissa Hooper; and I am writing this letter in regards to my father's, Thomas Richard Cardwell Jr., bankruptcy case, case # 04-35587. I was informed that there were unclaimed funds left to him through this case. Sadly my father passed away in 2006 before these funds were released. Therefore, since I am his only heir and next of kin, I would like to claim these funds. I have included a copy of his death certificate and my birth certificate as proof. You may contact me at any time at (423) 790-7114.

Sincerely,

Melissa Hooper

*Melissa Hooper*
10/23/2010